CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
MAY 0 8 2006
JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE No. 3:04-CR-00047-003 |
| v. | |
| TERRY SUGGS, JR., a/k/a "Terry Kenny Moore," | ORDER |
| *Defendant.* | JUDGE NORMAN K. MOON |

By order of this Court, the guilty plea hearing in this matter was referred to the Honorable B. Waugh Crigler, United States Magistrate Judge, pursuant to 28 U.S.C. §636(b)(3), for proposed findings of fact and a recommended disposition. The Magistrate filed his Report and Recommendation ("report") on April 18, 2006, recommending that this Court accept Defendant's plea of guilty to a lesser included offense of Count One and adjudge him guilty of that offense.

After a careful review of the record, and no objection having been filed to Judge Crigler's report within ten (10) days of its service upon the parties, this Court ADOPTS the report in its entirety. A presentence report in this matter SHALL BE PREPARED.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

ENTERED: /s/ Norman K. Moon
U.S. District Judge

Date: May 8, 2006