U. S. Department of Justice



Federal Bureau of Prisons

*Federal Correctional Institution*

---

P.O. Box 280
Fairton, NJ 08320

December 28, 2006

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

JAN 03 2007

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

United States District Court
Western District of Virginia
255 W. Main Street
Charlottesville, VA 22902
ATTN: CRIMINAL CLERK'S OFFICE

RE:   SUGGS, Terrance
      Register No.: 59527-066
      Case No.: DVAW304CR000047-003

Dear Clerks Office:

   The above referenced inmate has been received at the Federal Correctional Institution, Fairton, New Jersey, for the service of his federal sentence. After review of all paperwork received, it was discovered that our facility did not receive a certified copy of the Judgement and Commitment Order. In accordance with the Bureau of Prisons' policy, we respectfully request a **certified, raised seal** copy of this order so that we may complete our files.

   Thank you in advance for your assistance in this matter.

                                    Sincerely,

                                    /s/ Nancy Mori

                                    Nancy Mori
                                    Legal Instruments Examiner

                              For:  Beth Russo
                                    Inmate Systems Supervisor