**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**CHARLOTTESVILLE DIVISION**


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 3:04CR00047 |
| | : | |
| LOUIS ANTONIO BRYANT, ET AL. | : | |


### NOTICE OF WITHDRAWAL

Jennifer R. Bockhorst, Assistant United States Attorney, for the Western District of

Virginia, hereby notes her withdrawal as counsel in this case for the United States of America.


Respectfully submitted,

THOMAS T. CULLEN
United States Attorney


/s/ Jennifer R. Bockhorst
Tennessee Bar No. 021395
Attorney for United States of America
U.S. Attorney's Office
180 West Main Street
Abingdon, Virginia 24210
276-628-4161
276-628-7399 (fax)


1

### CERTIFICATE OF SERVICE

I certify on this 27th day of December 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for the defendants.

/s/ Jennifer R. Bockhorst